# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 14-20180
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

December 11, 2014

Lyle W. Cayce
Clerk

RILEY OLIVE,

Plaintiff-Appellant

v.

CLAY DEVELOPMENT & CONSTRUCTION,

Defendant-Appellee

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:13-CV-3181

Before DAVIS, CLEMENT, and COSTA, Circuit Judges.

PER CURIAM:[*]

Riley Olive, proceeding in forma pauperis, appeals the dismissal of his civil complaint. The district court construed Olive's complaint as asserting claims of age discrimination, *see* 29 U.S.C. § 631(a), and retaliation, *see* 42 U.S.C. § 2000e-3, as well as claims of assault, breach of implied contract, and breach of the covenant of good faith and fair dealing arising under Texas law. The district court dismissed with prejudice the federal claims pursuant to

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 14-20180

Federal Rule of Civil Procedure 12(b)(6).  In addition, the court dismissed the state law claims without prejudice, declining to exercise supplemental jurisdiction over them.

Olive provides no argument and cites no cases or statutes pertinent to any claim raised in the district court.  Consequently, he has abandoned any appellate claims by failing to brief them.  *See Yohey v. Collins*, 985 F.2d 222, 224-25 (5th Cir. 1993); *Brinkmann v. Dallas County Deputy Sheriff Abner*, 813 F.2d 744, 748 (5th Cir. 1987).

AFFIRMED.